UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAEEM BETZ,<br><br>             Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>             Defendant. | Case No.: 15cv2416-MMA-MDD<br><br>**ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 17] |

On January 22, 2019, Plaintiff Naeem Betz and Defendant Midland Credit Management, Inc. jointly filed a stipulation of dismissal with prejudice of the above-captioned case in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. No. 17 at 1.  Accordingly, this case is **DISMISSED WITH PREJUDICE**.  Each party must bear its own attorneys' fees and costs.  The Clerk of Court is instructed to close this case.

**IT IS SO ORDERED**

Dated: January 22, 2019

Hon. Michael M. Anello
United States District Judge